UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LISA SUTTON,<br><br>    Plaintiff,<br><br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 2:21-CV-10835-TGB<br><br><br>ORDER OF DISMISSAL<br><br><br>HONORABLE<br>TERRENCE G. BERG |

The Court, having reviewed the unopposed Motion to Dismiss (ECF No. 7), and being fully advised in the premises,

The pending cross motions for summary judgment (ECF Nos. 15 and 16) are **DENIED AS MOOT.** It is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge